**Order entered May 9, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00316-CR

## EX PARTE ROBERT BEVERS

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MC20A-0523-C**

## ORDER

Before the Court is appellant's May 4, 2022 motion to withdraw the appeal. A motion to withdraw or dismiss an appeal must be signed by both counsel and the appellant. *See* TEX. R. APP. P. 42.2(a). Appellant's motion to withdraw the appeal is signed only by counsel. Accordingly, we will take no action on the motion.

We **ORDER** appellant's counsel to file, within **FOURTEEN DAYS** of the date of this order, an amended motion to withdraw or dismiss the appeal signed by both counsel and appellant.

/s/    ERIN A. NOWELL
       JUSTICE